**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Willie J. Richardson, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2016-000885

―――――――――

Appeal From Lexington County
Brian M. Gibbons, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2020-UP-055
Heard February 6, 2020 – Filed February 26, 2020

―――――――――

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and Assistant Attorney Taylor Zane Smith, all of Columbia, for Petitioner.

Clarence Rauch Wise, of Greenwood, for Respondent.

―――――――――

**PER CURIAM:** After careful consideration of the Appendix and briefs and oral argument, we now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**